IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE BRILEY                                                                                    PLAINTIFF

v.                                          5:17CV00275-JM-JJV

T. TAYLOR, Deputy,
Jefferson County Jail; *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Plaintiff is allowed to proceed on his excessive force and harassment claims against Defendant Taylor.

2.  All other claims are DISMISSED from this action without prejudice.

3.  Defendants Hunter, Bolin, Alexander, Browley, Roberson, Tyler, and John Doe are DISMISSED from this action without prejudice.

4.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 14th day of December, 2017.

                                                                                    _____
                                                                                    JAMES M. MOODY, JR.
                                                                                    UNITED STATES DISTRICT JUDGE