IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE BRILEY                                                                                         PLAINTIFF
ADC #116921

v.                                                  5:17CV00275-JM

T. TAYLOR, Deputy,
Jefferson County Jail; *et al.*                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 28th day of November, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE